UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 AUG -9  P 3: 35

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:07cr172 (SRU) |
| ROBERT PETRINO, SR. | : | |

07 CRIM 806

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE UNDER RULE 20

I, Robert Petrino, Sr., the defendant, have been informed that an information is pending against me in the above designated case in the District of Connecticut. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I am under arrest, and to waive trial in the District of Connecticut.

Dated: June 21, 2007

_____
Robert Petrino, Sr.
Defendant

_____
Thomas J. Butters, Esq.
Counsel for the Defendant

Approved:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____         _____
JOHN H. DURHAM                          MICHAEL J. GARCIA
DEPUTY UNITED STATES ATTORNEY           UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT                 SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 27 2007