AO 455 (Rev. 9/98) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED

2007 AUG -9 P 3: 35

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | **WAIVER OF INDICTMENT** |
| v. | |
| **ROBERT PETRINO, SR.** | DOCKET NUMBER: 3:07cr172(SRU) |

# 07CRIM. 806

    I, **ROBERT PETRINO, SR.**, the above-named defendant, who is accused of ONE COUNT of violating Title 18, United States Code, Section 2314 (interstate transportation of stolen merchandise), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
**ROBERT PETRINO, SR.**
Defendant

_____
**THOMAS J. BUTTERS, ESQ.**
Counsel for Defendant

Date: 6-29-07

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2007 AUG 16  P 3: 35

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:07cr172 (SRU) |
| v. | Violation: 18 U.S.C. § 2314 |
| ROBERT PETRINO, SR. | (Interstate Transportation of Stolen Merchandise) |

## INFORMATION

07 mm 806

The United States Attorney charges:

### COUNT ONE

On or about January 18, 2007, in the District of Connecticut and elsewhere, the defendant, **ROBERT PETRINO, SR.**, knowingly and willfully did transport, transmit, and transfer in interstate commerce from Greenwich, Connecticut, to Pawtucket, Rhode Island, goods, wares, and merchandise, that is, a F.P. Journe Divine G40 wristwatch, having a value of more than $5,000, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Section 2314.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY

RICHARD J. SCHECHTER
ACTING SUPERVISORY ASST. U.S. ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY

| | | |
|---|---|---|
| To: United States Attorney | District S.D. of New York | Date July ___, 2007 |
| Name of Subject<br><br>Robert Petrino, Sr. | Statute Violated 18 U.S.C. §2314<br>(interstate transportation of stolen merchandise) | 07 CRIM. 806 |

## Part A - District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.

☐ Other *(Specify):*

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**     **Date of Sentence**     **Sentence**

| From (Signature and Title) | Address |
|---|---|
| Michael J. Garcia<br>United States Attorney, Southern District of New York | One St. Andrews Plaza<br>New York, NY 10007 |

## Part B - District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____
   _____ on _____ at _____ o'clock.

*(Kindly notify me of any anticipated delay.)*

☒ Enclosed are two certified copies of indictment or information. Docket No. 3:07cr172(SRU)
   (District of Connecticut)

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify):*

| Signature: Kevin J. O'Connor<br>United States Attorney<br><br>John H. Durham<br>Deputy United States Attorney | District<br><br>District of Connecticut<br>157 Church Street<br>New Haven, CT 06510 | Date<br><br>June 25, 2007 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rule 7 & 20, Federal Rules of Criminal Procedure.

FORM USA-231

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

August 14, 2007

AUG 22 2007

United States District Court
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   3:07cr172(SRU)
      USA v. Robert Petrino, Sr.

Dear Clerk:

Enclosed are certified copies of the following papers in the above-entitled case for disposition in your District an accordance with our procedures in a Rule 20.

  Certified Copies of the Docket Sheet
  Information
  Waiver of Indictment
  Consent to Transfer of Case for Plea and Sentence
  Rule 20-Transfer Notice

Please acknowledge receipt of the aforementioned enclosures on the copy of this letter and return same in the self-addressed stamped envelope provided for your convenience.

Very truly yours,

Kevin F. Rowe, Clerk

By   **Yelena Gutierrez**
     Deputy Clerk

Enclosures:

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## ORDER SETTING CONDITIONS OF RELEASE

CASE NO. 3:07cr170 (AHN) USA v. Ronald A. Lopica

2007 AUG 10 P 3:09
U.S. DISTRICT COURT

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(X) 1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. If the defendant is arrested while on release, he shall immediately notify the pretrial services officer of his arrest.

(X) 2. The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(X) 3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified):

U.S. District Court, 915 Lafayette Blvd, Bridgeport, CT on Oct 31, 2007 @ 2:00 p.m.
                      Place                                     Date and Time

(X) 4. The defendant shall:
    a. ( ) maintain or actively seek employment.
    b. ( ) maintain or commence an educational program.
    c. ( ) have his/her travel restricted to Connecticut,_____
    d. ( ) have no direct or indirect contact with any known co-defendants, witnesses, gang members, or _____
    e. (X) report to U. S. Probation Office as directed
    f. ( ) submit to drug testing/counseling within the discretion of the pretrial services officer.
    g. ( ) submit to psychological counseling.
    h. ( ) comply with the following curfew:_____
    i. ( ) refrain from possessing a firearm, destructive device or other dangerous weapons.
    j. ( ) refrain from excessive use of alcohol, and any use or possession or use of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
    k. ( ) surrender any passport to _____ by no later than _____.
    l. (X) obtain no passport.
    m. ( ) submit to electronic monitoring in accordance with requirements set by the pretrial services officer. The defendant ____ is or ____ is not responsible for payment of this device.
    n. (X) execute a bond in the amount of $ 50,000.00 Non-Surety cosigned by _____
_____. The bond shall obligate the defendant and the cosigner(s) to pay the United States the sum of money in the bond in the event that the defendant fails to appear as required or fails to surrender as directed for service of any sentence imposed.
    o. ( ) execute an agreement to forfeit upon failing to appear as required or surrender for sentence, the following sum of money or designated property:_____
    p. ( ) execute papers to secure the bond with property located at_____
    q. ( ) The defendant is placed in the custody of _____ who agrees to supervise the defendant in accordance with all conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings and to notify the court immediately in the event that the defendant violates any conditions of his/her release or disappears.
    r. ( ) The defendant is ordered to home confinement _____

Date:_____ Signed:_____
                      Custodian or Proxy             (Relationship)

Address:_____ Tel. No.( )_____

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:07-cr-00172-SRU All Defendants
## Internal Use Only

Case title: USA v. Petrino

Date Filed: 08/09/2007
Date Terminated: 08/09/2007

Assigned to: Judge Stefan R. Underhill

**Defendant**

**Robert Petrino, Sr (1)**
*TERMINATED: 08/09/2007*

represented by **Thomas J. Butters**
Butters, Brazilian & Small
One Exeter Plaza, 12th Fl.
Boston, MA 02116
617-367-2600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

SCHEME TO DEFRAUD: MONEY,
STATE TAX STAMPS (Interstate
Transportation of Stolen Merchandise)
(1)

**Disposition**

Case Transfer to Southern District of
New York

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Harold H. Chen**<br>U.S. Attorney's Office-BPT<br>915 Lafayette Blvd. Room 309<br>Bridgeport, CT 06604<br>203-696-3000<br>Fax: 203-579-5575<br>Email: harold.chen@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John H. Durham**<br>U.S. Attorney's Office-NH<br>157 Church St., 23rd floor<br>PO Box 1824<br>New Haven, CT 06510<br>203-821-3700<br>Email: john.durham@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard J. Schechter**<br>U.S. Attorney's Office-BPT<br>915 Lafayette Blvd. Room 309<br>Bridgeport, CT 06604<br>203-696-3049<br>Fax: 203-579-5575<br>Email: Richard.Schechter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2007 | 1 | INFORMATION as to Robert Petrino, Sr (1) count(s) 1. (Gutierrez, Y.) (Entered: 08/14/2007) |
| 08/09/2007 | 2 | WAIVER OF INDICTMENT by Robert Petrino, Sr (Gutierrez, Y.) (Entered: 08/14/2007) |
| 08/09/2007 |   | Attorney update in case as to Robert Petrino, Sr. Attorney Thomas J. Butters for Robert Petrino, Sr added. (Gutierrez, Y.) (Entered: 08/14/2007) |
| 08/09/2007 | 3 | Consent to Trasfer of Case for Plea and Sentence Under Rule 20 as to Robert Petrino, Sr (Gutierrez, Y.) (Entered: 08/14/2007) |
| 08/09/2007 | 4 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Robert Petrino Sr (1) Count 1. |

| | | | |
|---|---|---|---|
| | | | (Gutierrez, Y.) (Entered: 08/14/2007) |
| 08/15/2007 | | 5 | Rule 20 Documents sent to District of Southern District of New York. Certified copies of Docket Sheet and the following Documents forwarded: Information, Waiver of Indictment, Consent to Transfer of Case and Rule 20-Transfer Notice by Robert Petrino, Sr (Gutierrez, Y.) (Entered: 08/15/2007) |

I Hereby certify that the foregoing
is a true copy of the original document
on file in my office. 8-15-07

Deputy Clerk